1  Neama Rahmani, Esq. (State Bar No. 223819)
   H. Dean Aynechi, Esq. (State Bar No. 292229)
2  Sam N. Simantob, Esq. (State Bar No. 312103)
3  filings@westcoasttriallawyers.com
   WEST COAST TRIAL LAWYERS, APLC
4  350 South Grand Avenue, Suite 3325
   Los Angeles, California 90071
5  Telephone: (213) 927-3700
   Facsimile:  (213) 927-3701
6
7  Attorneys for Plaintiffs
   MARILYNN ALBARRAN and ELIZABETH
8  ALBARRAN

9                 **UNITED STATES DISTRICT COURT**
10               **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  MARILYNN ALBARRAN, an individual; | Case No. 2:18-cv-3930 GW (JCx) |
| 13  ELIZABETH ALBARRAN, an individual, | [Assigned for all Purposes to District Judge |
| 14          Plaintiffs, | George H. Wu, Courtroom 9D] |
| 15      v. | |
| 16  JASON GENE ROBSON, an individual; SWIFT | ORDER OF DISMISSAL |
| 17  TRANSPORTATION COMPANY, an Arizona | |
|     Company; SWIFT TRANSPORTATION | |
| 18  COMPANY OF ARIZONA, LLC, a Limited | |
|     Liability Company; and DOES 1 through 25, | |
| 19  inclusive, | |
| 20          Defendants. | |

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

-1-

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: October 17, 2018

JUDGE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

-3-